UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 14 B 29598 |
| | ) | |
| EDWARD NIZNIK, | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Pamela S. Hollis |

**ORDER ENTERING FINDINGS OF FACT AND CONCLUSIONS OF LAW AWARDING TO WEISSBERG AND ASSOCIATES, LTD., ATTORNEYS FOR DEBTOR, ALLOWANCE AND PAYMENT OF FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES [EOD # 163]**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 75,966.25 | TOTAL COSTS REQUESTED: | $ 2,640.41 |
| TOTAL FEES REDUCED: | $ 28,293.75 | TOTAL COSTS REDUCED: | $ 0 |
| TOTAL FEES ALLOWED: | $ 47,702.50 | TOTAL COSTS ALLOWED: | $ 2,640.41 |

**TOTAL FEES AND COSTS ALLOWED:    $ 50,342.91**

THE COURT HAS UNDERLINED THE ATTACHED TIME AND EXPENSE ENTRIES WHICH HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE BASIS FOR EACH DISALLOWANCE IS DISCLOSED BY THE NUMERICAL NOTATION WHICH APPEARS NEXT TO EACH HIGHLIGHTED ENTRY. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

**(14)    Computational or Typographical Error**

The court denies the allowance of compensation for the following tasks because the amount of fees appears to be a computational or typographical error. Also, where there are two identical entries (same day, same tasks, same time billed), the court will consider one of the entries to be a typographical error.

IT IS SO ORDERED.

ENTERED:

Date: __APR - 7 2016__

PAMELA S. HOLLIS
United States Bankruptcy Judge

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Mar-16-15 | Review of settlement letter from Mimi Stein and John Garitty of Standard Bank and mortgage documents on Sheffield and Seeley properties to investigate correct position on indebtedness due (1.25); meeting with Ed Niznik re: status and strategy, including amount of North Community Bank's claim (1.00) | 2.25 | 1,012.50 | AW |
| Mar-17-15 | Court appearance on status of Plan and Bank's Motion to Lift Stay | 1.00 | 450.00 | AW |
| May-29-15 | T/C with Niznik re: insurance claim to check by Standard Bank | 0.20 | 90.00 | AW |
| Jun-01-15 | T/C and emails with Ed Niznik re: insurance check to be tendered to Standard Bank | 0.30 | 135.00 | AW |
| Oct-01-15 | Court appearance on Motion for relief from Stay filed by Standard Bank | 1.00 | 450.00 | AW |
| | MATTER TOTALS: | 16.70 | $7,515.00 | |

MATTER: 1656-003
RE: *Cash Collateral Matters*

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Sep-22-14 | Conference with Mimi Stein re: status of funding | 0.25 | 112.50 | AW |
| Oct-14-14 | T/C with Miriam Stein re: adequate protection payment; conference with Abe Brustein and strategy and cash collateral (.50) | 0.70 | 315.00 | AW |
| Oct-17-14 | Work on Order for Interim Use of Cash Collateral and For Turnover of Property | 1.00 | 450.00 | AW |
| Oct-20-14 | Preparation of Interim Cash Collateral Order | 1.75 | 787.50 | AW |
| Oct-21-14 | Court appearance on Motion for Turnover (1.00); exchanges of emails with Miriam Stein re: revisions to Interim Cash Collateral Order (.30); revisions to Interim Cash Collateral Order (.75); initial preparation of Motion for Interim Use of Cash Collateral (1.00) | 3.05 | 1,372.50 | AW |
| Oct-22-14 | Preparation of Motion for Use of Cash Collateral | 1.00 | 450.00 | AW |

*See next page*

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | Preparation of Motion for Use of Cash Collateral (14) | 1.00 | 450.00 | AW |
| Dec-11-14 | Court appearance on continued Motion for Use of Cash Collateral | 1.00 | 450.00 | AW |
| Jan-13-15 | Court appearance re: cash collateral (1.00); preparation of Interim Cash Collateral Order (.25) | 1.25 | 593.75 | AW |
| Feb-17-15 | Preparation of new Cash Collateral Order | 0.20 | 90.00 | AW |
| Feb-11-16 | Court appearance on Standard Bank Motion for Relief from Stay and Niznik Continuing Motion to Use Cash Collateral | 1.00 | 450.00 | AW |
| | MATTER TOTALS: | 12.20 | $5,521.25 | |

MATTER: 1656-004
RE: *Edward Niznik v. Standard Bank & Trust FBO, 15-A-00138*

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Mar-03-15 | Prepare Adversary Complaint to Determine Extend of Lien against Standard Bank | 2.00 | 900.00 | AW |
| Mar-09-15 | Revisions to adversary complaint | 1.00 | 450.00 | AW |
| Apr-16-15 | Court appearance on pending matters | 1.00 | 450.00 | AW |
| Apr-23-15 | Telephone call with Niznik re: Bank assessment of indebtness (.20); court appearance on all pending matters (1.0) | 1.20 | 540.00 | AW |
| Jul-02-15 | Court appearance on status of Adversary Complaint and Motion for Summary Judgment | 0.50 | 225.00 | AW |
| | Court appearance on cash collateral matters | 0.50 | 225.00 | AW |
| Sep-17-15 | Court appearance - briefing schedule on Motion for Summary Judgment | 1.00 | 300.00 | DS |
| Oct-09-15 | Investigate matter and research re: responding to Motion for Summary Judgmt | 0.75 | 281.25 | RK |
| Oct-12-15 | O/C with Rakesh Khanna re: response to Motion for Summary Judgment | 1.50 | 675.00 | AW |
| | Review loan and file documents (1.00); begin researching issues in Standard Bank's Motion | 3.20 | 1,200.00 | RK |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | for Summary Judgment (2.00); email to M. Stein requesting documents (.20) | | | |
| Oct-13-15 | Court appearance on Motion for Summary Judgment | 1.00 | 450.00 | AW |
| Oct-15-15 | Begin responding to Bank's Statement of Facts ⟨14⟩ | 75.00 | 28,125.00 | RK |
| Oct-20-15 | T/C with Miriam Stein re: where are documents | 0.20 | 75.00 | RK |
| Oct-21-15 | Continue working on response to bank's Statement of Facts (.75); email to M. Stein re: documents requested (.20) | 0.95 | 356.25 | RK |
| Oct-27-15 | Emails with M. Stein re: documents (.20); continue preparing Response to Motion for Summary Judgment, including legal fees research | 3.90 | 1,462.50 | RK |
| Oct-28-15 | Continue doing research for response | 0.75 | 281.25 | RK |
| Oct-29-15 | Court appearance on Motion to Alter or Amend Judgment/Order | 1.00 | 450.00 | AW |
| Oct-30-15 | Continue working on response brief | 1.00 | 375.00 | RK |
| Nov-02-15 | Continue doing reseerch for response brief | 3.75 | 1,406.25 | RK |
| Nov-04-15 | Continue drafting response | 7.00 | 2,625.00 | RK |
| Nov-05-15 | Revise response and prepare answers to Statement of Facts | 1.50 | 562.50 | RK |
| Nov-09-15 | Final revisions to response and Statement of Facts | 1.00 | 375.00 | RK |
| Dec-15-15 | Court appearance on Motion for Summary Judgment of Standard Bank | 0.50 | 225.00 | AW |
| Dec-21-15 | Meeting with Rakesh and Ed Niznik re: settlement with Bank | 1.00 | 450.00 | AW |
| | Prepare for and attend meeting with client re: summary judgment and settlement | 1.50 | 562.50 | RK |
| Jan-28-16 | Court appearance on Motion for Summary Judgment | 1.00 | 450.00 | AW |

(-$27,843.75)